# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1822
_____

BRANDON WILSON,

    Appellant,

    v.

DEARTA ANDERSON MOODY, and
SANDRA ANDERSON,

    Appellees.

_____


On appeal from the Circuit Court for Alachua County.
Peter K. Sieg, Judge.


February 14, 2024

PER CURIAM.

AFFIRMED. *See Padura v. Klinkenberg*, 157 So. 3d 314 (Fla. 1st DCA 2014).

OSTERHAUS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kyle J. Bagen and O. Lott Bullock, Steven A Bagen & Associates, PA, Gainesville, for Appellant.

Michael P. Regan, Jr., Florida O'Hara Law Firm, Jacksonville; and Warren B. Kwavnick, Cooney Trybus Kwavnick Peets, Fort Lauderdale, for Appellees.